

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Scheindlin, Shira A. | 2. Court or Organization S.D.N.Y. | 3. Date of Report 06/23/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge/active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address USDC-SDNY 500 Pearl Street New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Justice Resource Center |
| 2. Director | Good Shepherd Services |
| 3. Director | Sedona Conference |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3 | |

RECEIVED 2009 JUN 29 A 10:5? FINANCIAL DISCLOSURE OFFICE

**Scheindlin, Shira A**

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | - |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/08 | State University of New York |
| 2. | 1-12/08 | IRA #2 withdrawal |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 1/10/08-1/14/08 | Snowmass Vill., Colorado | Speaker | Travel, Food, Lodging |
| 2. | American Intellectual Property Law Ass'n | 1/23/08-1/24/08 | Phoenix, Arizona | Speaker | Travel, Food, Lodging |
| 3. | American Bar Association | 3/27/08-3/29/08 | Tucson, Arizona | Speaker | Travel, Food, Lodging |
| 4. | DePaul University Law School | 4/02/08-4/04/08 | Chicago, Illinois | Speaker | Travel, Food, Lodging |
| 5. | Sedona Conference | 5/14/08-5/16/08 | New Orleans, Louisiana | Speaker | Travel, Food, Lodging |
| 6. | ALI-ABA | 5/28/08-5/30/08 | Charleston, South Carolin | Speaker | Travel, Food, Lodging |
| 7. | Sedona Conference | 8/21/08-8/22/08 | Washington, DC | Board Meeting | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2009 |

| 8. University of Indiana School of Law | 10/20/08-10/23/08 | Brussels, Belgium | Speaker | Travel, Food, Lodging |
|---|---|---|---|---|
| 9. Practicing Law Institute | 12/3/08-12/7/08 | San Francisco, Calif. | Speaker | Travel, Food, Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Home Loans | Mortgage on Rental Property #1, Brooklyn, NY | K |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scheindlin, Shira A. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Prop. #1, Kings County, NY | F | Rent | P1 | W | | | | | |
| 2. Teachers Insurance Annuity Association | F | Interest | P1 | T | | | | | |
| 3. AXA Financial | A | Dividend | J | T | | | | | |
| 4. Wachovia Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 5. IRA #1 | B | Dividend | M | T | | | | | |
| 6. IRA Sentinel Cap Inc Markets Class B | | None | K | T | Transferred (to line 14) | March | | | |
| 7. IRA Sentinal Cap Growth Fund Class A* | | None | K | T | | | | | |
| 8. IRA Sentinel MidCap Growth Class B | | None | K | T | | | | | |
| 9. IRA Sentinel High Yield Bond Class B | | None | K | T | Merged (with line 14) | 10/3 | | | |
| 10. IRA Sentinel Intl Equity Class B | | None | K | T | | | | | |
| 11. IRA Sentinel Small Company B | | None | K | T | | | | | |
| 12. IRA Sentinel Common Stock Class B | | None | K | T | | | | | |
| 13. IRA Sentinel Gov't. Securities Cl A | | None | K | T | | | | | |
| 14. IRA Sentinel Conservative Alloc. Class B | | None | K | T | | | | | |
| 15. Intel | | None | | | Sold | 5/5 | J | | |
| 16. College Retirement Equities Fund | | None | P1 | T | | | | | |
| 17. Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |
| 19. Pfizer | C | Dividend | M | T | | | | | |
| 20. IBM Common Stock | A | Dividend | | | Sold | 12/19 | J | C | |
| 21. IBM Common Stock | A | Dividend | | | Sold | 12/19 | J | D | |
| 22. Brooklyn Federal S & L | A | Interest | J | T | | | | | |
| 23. Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 24. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 25. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 26. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 27. Chase Manhattan Bank | C | Interest | L | T | | | | | |
| 28. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 29. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 30. NYS Local Gov't Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 31. Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 32. Fidelity Advantage Mid Cap | A | Dividend | K | T | | | | | |
| 33. IRA ACCOUNT #2 | B | Distribution | K | T | | | | | |
| 34. NWD Var Ins Trust NVIT S&P Index Fund Cl4* | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA Fidelity VIP Contrafund | | None | K | T | | | | | |
| 36. IRA DreyfusGrowth & Income | | None | J | T | | | | | |
| 37. IRA DWS Variable Series One | | None | J | T | | | | | |
| 38. Brokerage Account #1 | | | | | | | | | |
| 39. Excelsior NY Tax Exempt Money Fund*( sweep Account) | D | Int./Div. | | | Transferred (to line 58) | 5/5 | M | | |
| 40. Excelsior NY Tax Exempt Money Fund*( Sweep Account) | A | Distribution | | | Transferred (to line 58) | 5/5 | M | | |
| 41. Excelsior NY Inter-term tax exempt Fund | C | Int./Div. | | | Merged (with line 60) | 5/5 | N | | |
| 42. Excelsior Large Cap Growth Fund | | None | | | Transferred (to line 57) | 3/28 | M | | |
| 43. Excelsior Value and Restructuring | A | Int./Div. | | | Transferred (to line 54) | 3/28 | M | | |
| 44. Lazard Emerging Mkts | A | Dividend | | | Sold | 12/4 | J | | |
| 45. Lazard Emerging Mkts | A | Distribution | | | Sold | 12/4 | J | | |
| 46. Excelsior Equity Opp. FD | | None | | | Buy | 3/4 | K | | |
| 47. Excelsior Equity Opp. Fund (Equity Core) | A | Dividend | | | Transferred (to line 55) | 3/28 | L | | |
| 48. Excelsior Directional Hedge Fund of Funds | | None | L | T | | | | | |
| 49. Julius Baer Inv. Fund | | None | | | Sold (part) | 11/30 | J | | |
| 50. Julius Baer Inv. Fund | | None | | | Sold (part) | 12/3 | J | | |
| 51. Julius Baer Inv. Fund | C | Dividend | | | Transferred (to line 61) | 11/30 | K | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blair William Fund Int. Small Cap Growth Class I | | None | | | Sold | 9/29 | K | | |
| 53. Columbia FDS SER TR Value & Restructuring FD CL Z | B | Dividend | M | T | Transferred (from line 43) | 3/28 | M | | |
| 54. Columbia FDS SER TR Value & Restructuring FD CL Z | A | Distribution | M | T | Transferred (from line 43) | 3/28 | M | | |
| 55. Columbia FDS SER TR I Select Opportunities FD CL-Z | A | Dividend | | | Transferred (from line 47) | 3/28 | L | | |
| 56. Columbia FDS SER TR I Select Opportunities FD CL-Z | | None | | | Sold | 12/4 | K | | |
| 57. Columbia FDS SER TR I Select LGE CAP Grth FD CL-Z | | None | L | T | Transferred (from line 42) | 3/28 | M | | |
| 58. Columbia NY Tax Exempt RES. FD(sweep account) | A | Dividend | J | T | Transferred (from line 39) | 3/31 | L | | |
| 59. Columbia NY Tax Exempt RES. FD (sweep Account) | A | Distribution | J | T | Transferred (from line 39) | 3/31 | L | | |
| 60. Columbia FDS SER TR I NY Inter muni BD FD CZ | D | Interest | N | T | Transferred (from line 41) | 5/5 | N | | |
| 61. ARTIO Int. Eq. FD LTD. | | None | L | T | Transferred (from line 51) | 11/30 | L | | |
| 62. Pimco Foreign BD FD Insl. unhedged | B | Dividend | | | Sold | 10/20 | K | | |
| 63. Pimco Funds DEV LCLMKT | B | Dividend | | | Buy | 3/4 | K | | |
| 64. Pimco Funds DEV LCLMKT | B | Dividend | | | Sold | 10/20 | K | | |
| 65. ASTON Montag & Caldwell Grth FD CL1 | A | Dividend | K | T | Buy | 9/29 | K | | |
| 66. ASTON Montag & Caldwell Grth FD CL1 | B | Distribution | K | T | Buy | 12/4 | K | | |
| 67. Columbia NY InterMuni BD FD CL-Z | | None | N | T | Buy | 10/20 | L | | |
| 68. Columbia Funds MidCap Growth | | None | | | Buy | 1/2 | K | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100.001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Columbia Funds MidCap Growth | | None | | | Sold | 12/4 | K | | |
| 70. Columbia DIV. INC FD CLZ | A | Dividend | L | T | Buy | 12/4 | L | | |
| 71. Janus ADVISER MidCap Grth FD | A | Dividend | K | T | Buy | 12/4 | K | | |
| 72. Barcly Bk MSCI India | | None | J | T | Buy | 6/10 | J | | |
| 73. MSCI Pacific | A | Dividend | J | T | Buy | 6/10 | J | | |
| 74. MSCI Taiwan | A | Dividend | | | Buy | 6/10 | J | | |
| 75. MSCI Taiwan | A | Dividend | | | Sold | 12/30 | J | | |
| 76. MSCI South Korea | A | Dividend | J | T | Buy | 6/10 | J | | |
| 77. MSCI Mexico | A | Dividend | J | T | Buy | 6/10 | J | | |
| 78. MSCI Hong Kong | A | Dividend | J | T | Buy | 6/10 | J | | |
| 79. MSCI Hong Kong | A | Dividend | J | T | Buy | 12/30 | J | | |
| 80. FTSE Xinhua China | A | Dividend | J | T | Buy | 6/10 | J | | |
| 81. FTSE Xinhua China | A | Dividend | J | T | Buy | 12/30 | J | | |
| 82. SPDR Gold Trust | A | Distribution | J | T | Buy | 6/10 | J | | |
| 83 SPDR Gold Trust | A | Distribution | J | T | Buy | 9/15 | J | | |
| 84. SPDR Gold Trust | A | Distribution | J | T | Buy | 12/29 | J | | |
| 85. Brandywine Blue FD | | None | J | T | Buy | 10/27 | J | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Brandywine Blue FD | | None | J | T | Buy | 12/29 | J | | |
| 87.  FBR Focus Fund | B | Distribution | J | T | Buy | 9/18 | J | | |
| 88.  Harbor Bond Fund | | None | J | T | Buy | 12/29 | J | | |
| 89.  Long Leaf Partners Fund | A | Dividend | J | T | Buy | 9/16 | J | | |
| 90.  Perritt Micro Cap FD | | None | J | T | Buy | 10/27 | J | | |
| 91.  Perritt Micro Cap FD | | None | J | T | Buy | 12/29 | J | | |
| 92.  United Community Bank (Scoottrade sweep account) | | None | K | T | Buy | 6/10 | J | | |
| 93.  Frontline LTD | A | Dividend | J | T | Buy | 5/5 | J | | |
| 94.  Huaneng PWR | A | Dividend | J | T | Buy | 5/5 | J | | |
| 95.  Windstream | A | Dividend | J | T | Buy | 5/5 | J | | |
| 96.  Markwest | A | Dividend | J | T | Buy | 11/14 | J | | |
| 97.  Ultra Financial partners | | None | J | T | Buy | 12/30 | J | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII l. 39,40 , 58, 59 and 92. These are just sweep accounts for cash that accumulates in a brokerage account.

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAILS ... ...ORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544